UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Teresa Gallop, | Civ. No. 25-159 (JWB/ECW) |
| Petitioner, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |
| Federal Bureau of Prisons and Segal, *Warden*, | |
| Respondents. | |

United States Magistrate Judge Elizabeth Cowan Wright issued a Report and Recommendation ("R&R") on August 8, 2025. (Doc. No. 14.) No objections have been filed to that R&R in the time permitted. Absent timely objections, the R&R is reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Having reviewed the R&R, no clear error is found.

Based on the R&R of the Magistrate Judge, and on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The August 8, 2025 Report and Recommendation (Doc. No. 14) is **ACCEPTED**; and

2. Petitioner Teresa Gallop's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. No. 1) is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: September 4, 2025                 *s/ Jerry W. Blackwell*
                                        JERRY W. BLACKWELL
                                        United States District Judge